[No. 37129-4-II.   Division Two.   April 28, 2009.]

GREGG JORDSHAUGEN ET AL., *Appellants*, v. PORT LUDLOW ASSOCIATES, LLC, ET AL., *Defendants*, FIRST AMERICAN TITLE COMPANY OF JEFFERSON COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-01357-7, Leonard W. Costello, J., entered November 16, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 37144-8-II.   Division Two.   April 28, 2009.]

LINDA AMBLER ET AL., *Appellants*, v. KAREN LEE, *as Commissioner of Employment Security Department*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-00415-4, Richard D. Hicks, J., entered November 21, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 37248-7-II.   Division Two.   April 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDY LOUISE SMOTHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00417-1, James E. Warme, J., entered January 8, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.